No. 7,711.—STATE ex Rel. SHERBURNE MERCANTILE CO., a Corporation, Relator, *v.* DISTRICT COURT et al., Respondents.

622

Decided June 4, 1937.

PER CURIAM.—After due consideration of the petition for writ of supervisory control herein, it is ordered that the application be denied.

*Mr. William L. Clift* and *Messrs. Doyle & Bowe,* for Relator.